


# USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE**

USPS®-USE ONLY: Place barcode label here.

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**SENDER'S INFORMATION**

- Full Last Name: CLERKS OFFICE
- Full First Name:
- MI:
- Business Name (if applicable): United States District of Delaware
- Sender's Telephone:
- Address-1: 844 N King St
- Address-2: Unit 18
- City: Wilmington
- State: DE
- ZIP Code: 19801

7. Sender's Email Address:
8. Addressee's Email Address:
9. Exporter's Reference (If applicable and known):
10. Exporter's Telephone (If applicable and known):
11. Importer's Reference (If applicable and known):
12. Importer's Telephone (If applicable and known):
13. AES ITN (If applicable):
14. AES Exemption — NOEEI § (Check one if applicable)
 ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
 ☐ § 30.37 (y)  ☐ Other _____

**ADDRESSEE'S INFORMATION**

- Full Last Name:
- Full First Name:
- MI:
- Business Name (if applicable): Acoustek Printer Inc.
- Addressee's Telephone:
- Address-1: No. 15
- Address-2: Li-Te Road, Beitou District
- City: Taipei 112
- State/Province:
- Postal Code:
- Country: Taiwan

15. License Number (If applicable):
16. Certificate Number (If applicable):
17. Invoice Number (If applicable):
18. Length (Inches):
19. Width (Inches):
20. Height (Inches):
21. Restrictions (If applicable — check all that apply)
 ☐ Quarantine
 ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
 ☐ Return to Sender
 ☐ Treat as Abandoned
23. Sender's Signature and Date: Ryan Roberts 2/6/23

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
 ☒ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
 ☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other ____

2. Detailed Description of Contents (Enter only one item per line)

| 2. Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| LEGAL DOCS | 1 | | | 1.00 | | |
| 6. Total | 3 | 3 | | | | |

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992