

# USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE®**

USPS®-USE ONLY: Place barcode label here.

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

## SENDER'S INFORMATION

**Full Last Name:** Clerks Office
**Full First Name:**
**MI:**
**Business Name (if applicable):** United States District Ct. of Delaware
**Sender's Telephone:**
**Address-1:** 844 N. King St
**Address-2:** Unit 18
**City:** Wilmington
**State:** DE
**ZIP Code:** 19801

## ADDRESSEE'S INFORMATION

**Full Last Name:**
**Full First Name:**
**MI:**
**Business Name (if applicable):** ASUS Global Pte Ltd.
**Addressee's Telephone:**
**Address-1:** 15 ChangI Business Park
**Address-2:** Central 1 #05-01 E-Centre @ Changi
**Postal Code:**
**City:** Singapore 486035
**State/Province:**
**Country:** Singapore

## SHIPMENT INFORMATION

**1. Category of Items (Check all that apply)**
☑ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

**2. Detailed Description of Contents:** Legal Documents
**3. Quantity:** 1
**4. Net Weight (Ea):** Lbs / Oz
**5. Value (Ea) U.S. $:** 1.00

**6. Total:** 3 3 1.00

### SHIPMENT INFORMATION (Continued) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (If applicable and known)
10. Exporter's Telephone (If applicable and known)
11. Importer's Reference (If applicable and known)
12. Importer's Telephone (If applicable and known)
13. AES ITN (If applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)   ☐ § 30.37 (y)   ☐ Other _____
15. License Number (If applicable)
16. Certificate Number (If applicable)
17. Invoice Number (If applicable)
18. Length (Inches)
19. Width (Inches)
20. Height (Inches)
21. Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned
23. Sender's Signature and Date: [signature] 2/6/23

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number
25. Country of Origin

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   **4 – Sender's Copy**