

**UNITED STATES POSTAL SERVICE**

USPS®-USE ONLY: Place barcode label here.

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION

| Field | Value |
|---|---|
| Full Last Name | Clerks Office |
| Full First Name | |
| MI | |
| Business Name (if applicable) | United States District of Delaware |
| Sender's Telephone | |
| Address-1 | 844 N King St |
| Address-2 | Unit 18 |
| City | Wilmington |
| State | DE |
| ZIP Code | 19801 |

### ADDRESSEE'S INFORMATION

| Field | Value |
|---|---|
| Full Last Name | |
| Full First Name | |
| MI | |
| Business Name (if applicable) | Asus Technology Pte Ltd |
| Addressee's Telephone | |
| Address-1 | 9 Changi Business Park Vista |
| Address-2 | #07-03/04 |
| City | Singapore |
| State/Province | 486041 |
| Postal Code | |
| Country | Singapore |

### SHIPMENT INFORMATION

**1. Category of Items** (Check all that apply)
☒ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other ___

**2. Detailed Description of Contents**

| Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Documents | 1 | | | |
| | | | | |
| | | | | |
| **6. Total** | 2 | 3 | | |

### SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (If applicable and known)
10. Exporter's Telephone (If applicable and known)
11. Importer's Reference (If applicable and known)
12. Importer's Telephone (If applicable and known)
13. AES ITN (If applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y)  ☐ Other ___
15. License Number (If applicable)
16. Certificate Number (If applicable)
17. Invoice Number (If applicable)
18. Length (Inches)
19. Width (Inches)
20. Height (Inches)
21. Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned
23. Sender's Signature and Date: Byron Roberts 2/6/23

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number
25. Country of Origin

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy