## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>　　　　　Defendant. | C.A. No.  23-120-RGA |
| MICROSOFT CORPORATION,<br><br>　　　　　Intervenor-Plaintiff,<br><br>v.<br><br>LITL LLC,<br><br>　　　　　Intervenor-Defendant. | |
| LITL LLC,<br><br>　　　　　Intervenor-Defendant /<br>　　　　　Counterclaim Plaintiff in<br>　　　　　Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Intervenor-Plaintiff /<br>　　　　　Counterclaim Defendant in<br>　　　　　Intervention. | |
| LITL LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL<br>INC.,<br><br>　　　　　Defendants. | C.A. No.  23-121-RGA |

MICROSOFT CORPORATION,

           Intervenor-Plaintiff,

v.

LITL LLC,

           Intervenor-Defendant.

LITL LLC,

           Intervenor-Defendant /
           Counterclaim Plaintiff in
           Intervention,

v.

MICROSOFT CORPORATION,

           Intervenor-Plaintiff /
           Counterclaim Defendant in
           Intervention.

LITL LLC,

           Plaintiff,

v.

ASUSTEK COMPUTER INC. and ASUS
GLOBAL PTE. LTD.,

           Defendants.

MICROSOFT CORPORATION,

           Intervenor-Plaintiff,

v.

LITL LLC,

           Intervenor-Defendant.

C.A. No.  23-122-RGA

LITL LLC,

       Intervenor-Defendant /
       Counterclaim Plaintiff in
       Intervention,

v.

MICROSOFT CORPORATION,

       Intervenor-Plaintiff /
       Counterclaim Defendant in
       Intervention.

## MOTION TO STAY

Defendants hereby move this Court to stay the above-captioned actions pending resolution of petitions for *inter partes* review and *ex parte* reexaminations. The grounds for this Motion are set forth in Defendants' Opening Brief and related documents filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, counsel for Defendant has conferred with counsel for Plaintiffs and confirmed that Plaintiffs oppose the requested stay.

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| PERKINS COIE LLP | Richards, Layton & Finger, P.A. |
| Christina J. McCullough | One Rodney Square |
| Stevan R. Stark | 920 North King Street |
| 1201 Third Avenue, Suite 4900 | Wilmington, DE 19801 |
| Seattle, WA 98101-3099 | (302) 651-7700 |
| | |
| Kyle R. Canavera | *Attorney for Intervenor-Plaintiff* |
| 11452 El Camino Real, Suite 300 | *Microsoft Corporation* |
| San Diego, CA 92130-2080 | |
| | |
| Chad Campbell | |
| Elizabeth Baxter | |
| 2901 North Central Avenue, Suite 2000 | |
| Phoenix, AZ 85012-2788 | |

Sean Cunningham
Erin Gibson
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: 858-677-1400
Facsimile: 858-677-1401
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com

James M. Heintz
**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA 20190-5602
Telephone:  703-773-4000
Facsimile:  703-773-5000

Jackob Ben-Ezra
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone:  713-425-8431
Facsimile:  713-300-6031
Jackob.Ben-Ezra@us.dlapiper.com

Claire E. Schuster
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone:  617-406-6000
Facsimile:  617-406-6100
claire.schuster@us.dlapiper.com

Aima Mori
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312-251-5710
Facsimile: 312-236-7516
aima.mori@us.dlapiper.com

*/s/ Brian A. Biggs*
Brian A. Biggs (Bar No. 5591)
Angela C. Whitesell (Bar No. 5547)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341
brian.biggs@us.dlapiper.com
angela.whitesell@us.dlapiper.com

*Attorneys for Defendant HP Inc.*

|  |  |
|---|---|
| | _/s/ Jeremy A. Tigan_____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| Farella Braun + Martel LLP | Morris, Nichols, Arsht & Tunnell LLP |
| Eugene Y. Mar | 1201 North Market Street |
| Erik Olson | Wilmington, DE 19801 |
| Tom Pardini | (302) 658-9200 |
| Raven Quesenberry | jblumenfeld@morrisnichols.com |
| One Bush Street, Suite 900 | jtigan@morrisnichols.com |
| San Francisco, CA 94104 | |
| (415) 954-4400 | *Attorneys for Defendants* |
| | *Dell Inc. and Dell Technologies Inc.* |

|  |  |
|---|---|
| | _/s/ Stephen J. Kraftschik_____ |
| OF COUNSEL: | Stephen J. Kraftschik (#5623) |
| | Polsinelli PC |
| Procopio, Cory, Hargreaves & Savitch LLP | 222 Delaware Avenue, Suite 1101 |
| Robert H. Sloss | Wilmington, DE 19801 |
| Jack Shaw | (302) 252-0920 |
| 3000 El Camino Real, Suite 5-400 | skraftschik@polsinelli.com |
| Palo Alto, CA 94306 | |
| (650) 645-9000 | *Attorneys for Defendants* |
| | *ASUSTeK Computer Inc., ASUS Global Pte.* |
| | *Ltd., and ASUS Technology Pte. Ltd.* |

Dated:  August 26, 2024